450 A.2d 198

Commonwealth v. Robinson, Appellant.
Petition for Allowance of Appeal
Denied Nov. 5, 1982.

Submitted December 16, 1981. James F. McBride, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Order of March 25, 1981 affirmed.